

**LAW OFFICE OF GABRIEL A. LEVY, P.C.**

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com ☎ (347) 941-4715

November 13, 2025

Hon. Judge Margaret M. Garnett
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

RE:   WILLIAMS V. 40 MULBERRY RESTAURANT, INC. et al.
      **Docket 1:25-cv-4216**

Hon, US. District Court Judge Garnett,

    This office represents Jeffery Williams, the plaintiff in this action. I write, with consent of counsel for defendants, to request that the initial conference, scheduled for November 19, 2025, be adjourned *sine die*. The reason for the request is that defendants counsel has advised that he intends to file a motion to withdraw from this case.

    I thank the Court for its time and attention to this matter, and we are available at Your Honor's convenience if the Court has any questions regarding the foregoing.

Respectfully Submitted,

/s/ Gabriel A. Levy

Gabriel A. Levy, Esq.

Attorney for Plaintiff

---

GRANTED.  The Initial Pretrial Conference scheduled for November 19, 2025, is ADJOURNED *sine die*. Counsel for Defendants shall submit a status letter by **November 21, 2025** if no motion to withdraw has been filed by that date.

SO ORDERED.  Dated November 13, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE