LAW OFFICE OF
GLPC GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 Glevy@glpcfirm.com (347) 941-4715

August 5, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/06/2026

Hon. Judge Margaret M. Garnett
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **WILLIAMS v. 40 MULBERRY RESTAURANT, INC.**
**DOCKET NO. 1:25-cv-4216**

Dear Judge Garnett:

The undersigned represents Jeffery Williams, the plaintiff in the above-referenced matter. I write to provide the Court with a status update and to request a 30-day extension of time to reopen this matter.

Plaintiff provided Defendant with the proposed settlement agreement on June 23, 2026. The parties have agreed to the material settlement terms, but are still awaiting Defendant's execution of the agreement. The undersigned therefore respectfully request that the deadline to reopen this matter be extended by thirty days to permit completion of the settlement.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy

GRANTED. The deadline to reopen this matter is EXTENDED to **September 8, 2026**.

SO ORDERED. Dated August 6, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE