LAW OFFICE OF
GLPC GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 Glevy@glpcfirm.com (347) 941-4715

September 4, 2026

Hon. Judge Margaret M. Garnett
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/09/2026

RE: **WILLIAMS v. 40 MULBERRY RESTAURANT, INC.**
**DOCKET NO. 1:25-cv-4216**

Dear Judge Garnett:

The undersigned represents Jeffery Williams, the plaintiff in the above referenced matter. I write to provide the Court with a status update and to request a 45 day extension of time to reopen this matter.

Plaintiff previously provided Defendant with a proposed settlement agreement, and the parties had agreed to the material settlement terms. Thereafter, Defendant's counsel changed firms, which delayed further progress toward finalizing the settlement. It now appears that counsel has resumed handling the matter, and the parties are again working toward completion of the settlement.

Accordingly, Plaintiff respectfully requests that the deadline to reopen this matter be extended by 45 days to permit the parties additional time to finalize the settlement.

Thank you for your time and consideration on this matter.

GRANTED. The deadline to reopen the present matter is EXTENDED to **October 23, 2026**. Another extension will not be granted absent good cause and circumstances unforeseen as of the filing of this letter.

SO ORDERED. Dated September 9, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully,

Gabriel A. Levy